IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN CREIGHTON, et al.,

        Plaintiffs,

    v.

UNISOURCE WORLDWIDE, INC.,

        Defendant.

NO. C06-3860 TEH

ORDER RE-OPENING CASE AND SETTING MOTION-FILING DEADLINE

Upon review of the letter dated September 10, 2007, from Plaintiffs' counsel, sent with authorization from Defendant's counsel, the Court finds good cause to re-open this case. In addition, IT IS FURTHER ORDERED that the parties shall file their joint motion seeking preliminary approval of the class settlement on or before **Tuesday, November 13, 2007.** The Court does not anticipate oral argument being necessary but will notify the parties if it determines that a hearing would be appropriate.

**IT IS SO ORDERED.**

Dated: 09/13/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT