1  NED A. FINE (State Bar No. 047786)
   JOHN P. BOGGS (State Bar No. 172578)
2  FINE, BOGGS & PERKINS, LLP
   2450 S. Cabrillo Hwy. Ste. 100
3  Half Moon Bay, CA 94019
   Telephone:  (650) 712-8908
4  Facsimile:   (650) 712-1712
5  nfine@employerlawyers.com
   jboggs@employerlawyers.com
6
   Attorneys for Plaintiffs John Creighton,
7  James Fitzpatrick and William Galvin and Proposed Class

8  MARK H. EPSTEIN (State Bar No. 121436)
   MALCOLM A. HEINICKE (State Bar No. 194174)
9  REBECCA GOSE LYNCH (State Bar No. 230078)
   MUNGER, TOLLES & OLSON LLP
10 560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
11 Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
12 malcolm.heinicke@mto.com
   rebecca.lynch@mto.com
13
14 Attorneys for Defendant
   Unisource Worldwide, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO/OAKLAND DIVISION

19 | JOHN CREIGHTON, JAMES | CASE NO. CV 06-03860 TEH |
   | FITZPATRICK AND WILLIAM GALVIN, | |
20 | on behalf of themselves and others similarly | **STIPULATED REQUEST FOR** |
   | situated, | **CONTINUANCE OF DEADLINE FOR** |
21 |   | **SUPPLEMENTAL BRIEFING IN** |
22 |                 Plaintiffs, | **SUPPORT OF JOINT MOTION FOR** |
   |   | **PRELIMINARY APPROVAL OF CLASS** |
23 |          vs. | **SETTLEMENT;** ~~[PROPOSED ORDER]~~ |
24 | UNISOURCE WORLDWIDE, INC., and | **The Honorable Thelton E. Henderson** |
   | DOES 1 through 50, inclusive, | |
25 |   |   |
   |                 Defendants. |   |
26

27

28

   4185689.1                                STIP. REQUEST FOR EXT OF DEADLINE FOR
                                             SUPP BRIEFING ISO JNT MOT FOR
                                             PRELIM APPROVAL OF CLASS SETTLEMENT

1    On December 12, 2007, the Court ordered the parties to file supplemental briefing in support of their Joint Motion for Preliminary Approval of Class Action Settlement by Monday January 7, 2008. Pursuant to Local Rule 6-2, the parties in the above-captioned matter hereby jointly request a short extension of four (4) days for this filing, with the supplemental briefing due Friday January 11, 2008.

Mark Epstein, the available partner representing Defendant Unisource Worldwide, Inc., is now unexpectedly in the hospital with his mother as she receives emergency medical care. *See* Declaration of Rebecca Gose Lynch In Support Of Stipulated Request For Extension Of Due Date For Supplemental Briefing (hereinafter, "Lynch Decl."), ¶ 2. Malcolm Heinicke, the other partner representing Defendant, is unavailable in temporary restraining order proceedings in another case. Lynch Decl., ¶ 3. As such, it will be extremely difficult to finalize the briefs and obtain client approval in time for filing them this Monday. Lynch Decl., ¶ 2.

There have been two prior modifications of court-imposed deadlines in this matter, both of which were requested and granted in order to accommodate the parties' continued efforts to mediate the case with Mark Rudy, which efforts culminated in the proposed settlement currently pending before the Court. *See* Lynch Decl., ¶¶ 4-6 & Exh. A (January 17, 2007 Order), Exh. B (May 1, 2007 Order). The continuance of the supplemental briefing deadline that parties are now requesting would have no effect on the schedule for the case, as there is no hearing or other deadline currently scheduled. Lynch Decl., ¶ 7.

The parties thus respectfully request that the due date for the Supplemental Briefing In Support Of The Joint Motion For Preliminary Approval of Class Settlement be continued by four (4) days to Friday January 11, 2008.

DATED: January 3, 2008          FINE, BOGGS & PERKINS

By: /s/ Ned A. Fine
    NED A. FINE

Attorneys for Plaintiffs and Proposed Class

1  DATED: January 3, 2008                    MUNGER, TOLLES & OLSON LLP
2
3                                            By: /s/ Rebecca Gose Lynch
                                                  REBECCA GOSE LYNCH
4
                                             Attorneys for Defendant
5                                            UNISOURCE WORLDWIDE, INC.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | ~~[PROPOSED]~~ ORDER CONTINUING DUE DATE FOR SUPPLEMENTAL BRIEFING:

The due date for the parties to file supplemental briefing in support of their Joint Motion For Preliminary Approval of Class Action Settlement is hereby continued to Friday, January 11, 2008.

Dated: 1/4/08

_____

The Honorable Thelton E. Henderson