NED A. FINE (State Bar No. 047786)
JOHN P. BOGGS (State Bar No. 172578)
FINE, BOGGS & PERKINS, LLP
2450 S. Cabrillo Hwy. Ste. 100
Half Moon Bay, CA 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712
nfine@employerlawyers.com
jboggs@employerlawyers.com

Attorneys for Plaintiffs John Creighton,
James Fitzpatrick and William Galvin and Proposed Class

MARK H. EPSTEIN (State Bar No. 121436)
MALCOLM A. HEINICKE (State Bar No. 194174)
REBECCA GOSE LYNCH (State Bar No. 230078)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
malcolm.heinicke@mto.com
rebecca.lynch@mto.com

Attorneys for Defendant
Unisource Worldwide, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHN CREIGHTON, JAMES FITZPATRICK AND WILLIAM GALVIN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNISOURCE WORLDWIDE, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 06-03860 TEH<br><br>**STIPULATED PROPOSAL FOR DATE OF HEARING OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT; [PROPOSED] ORDER**<br><br>**The Honorable Thelton E. Henderson** |

Pursuant to the Court's February 8, 2008 order granting preliminary approval of the class settlement in the above captioned case, the parties have met, conferred and agreed upon a date for the final approval hearing. Consistent with the Settlement Stipulation in this matter and the Court's rules and calendar, the parties hereby jointly propose that the hearing on the parties' anticipated motion for final approval of the class settlement take place on Monday, July 28, 2008 at 10:00 a.m. The parties have also reached agreement on other proposed dates relevant to the implementation of this settlement (some of which are subject to final approval), and that schedule is attached hereto as Exhibit A for the Court's convenience.

The parties thus respectfully request that the Court set the hearing for the parties' anticipated motion for final approval of the class settlement in this case for **Monday July 28, 2008 at 10:00 a.m**.

DATED: February 22, 2008　　　　　FINE, BOGGS & PERKINS

By: /s/ Ned A. Fine
　　　　NED A. FINE

Attorneys for Plaintiffs and Proposed Class

DATED: February 22, 2008　　　　　MUNGER, TOLLES & OLSON LLP

By: /s/ Rebecca Gose Lynch
　　　　REBECCA GOSE LYNCH

Attorneys for Defendant
UNISOURCE WORLDWIDE, INC.

# [PROPOSED] ORDER GRANTING STIPULATED PROPOSAL FOR DATE OF HEARING OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

The Court hereby grants the parties' stipulated proposal for the date of the hearing on final approval of the class settlement in the above captioned case. The final approval hearing will thus be held on **Monday July 28, 2008 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: 02/25/08



The Honorable Thelton E. Henderson